RANDY S. GROSSMAN
United States Attorney
KATHERINE L. PARKER
Assistant U.S. Attorney
Chief, Civil Division
Cal. State Bar No. 222629
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7634
Facsimile: (619) 546-7751
Email:  kparker@usa.doj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMA FLORES,<br><br>                    Plaintiff,<br><br>        v.<br><br>DR. GEETA IYENGAR, M.D.;<br>ALISSA MACIAS, N.P.;<br>NORTH COUNTY HEALTH PROJECT,<br>Inc., dba TRUECARE,  a California<br>Corporation; ALINA MEDICAL<br>IMAGING, a business entity form<br>unknown; and<br>DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No.:  **'22 CV 1192 WQHAHG**<br><br>**CERTIFICATION OF SCOPE OF EMPLOYMENT**<br><br>[42 U.S.C. § 233 (c)]<br><br>(Removed from Superior Court of California, County of San Diego, Case No. 37-2022-00016393-CU-MM-NC) |

        Pursuant to the provisions of 42 U.S.C. § 233(c) and pursuant to the authority vested in the United States Attorney to make scope of employment certifications under 28 C.F.R. § 15.4 (a), as expressly redelegated to me by the United States Attorney in Civil Policy  19-01, dated February 4, 2019, I hereby certify that I have read the Complaint in the above-entitled action, as well as other documentation provided by the United States Department of Health and Human Services.  On the basis of the information now available with respect to the incidents alleged in Plaintiff's Complaint, I hereby find and certify that North County

1  Health Project, Inc., d/b/a TrueCare ("TrueCare") was deemed by the Department of Health

2  and Human Services, pursuant to 42 U.S.C. § 233, eligible for coverage under the Federal

3  Tort Claims Act effective January 1, 2021 and continuing through 2022.

4        Pursuant to 42 U.S.C. § 233, the Secretary of Health and Human Services has

5  determined that Alissa Macias, N.P. was an employee of TrueCare at the time of the

6  incidents giving rise to this lawsuit.   Accordingly, I certify that Alissa Macias, N.P. was

7  acting within the scope of employment at the time of the incidents alleged in the Complaint,

8  and that pursuant to 42 U.S.C. § 233(g), she is deemed to be an employee of the Public

9  Health Service for Federal Tort Claims Act purposes only, for any acts or omissions that

10  occurred on or after January 1, 2021.

11

12  DATED:  August 14, 2022              RANDY S. GROSSMAN
                                        United States Attorney
13

14                                      /s/Katherine L. Parker

15                                      KATHERINE L. PARKER
                                        Assistant U.S. Attorney
16                                      Chief, Civil Division
                                        Attorneys for United States of America
17

18

19

20

21

22

23

24

25

26

27

28